# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

### *Oral Arguments on Applications*

Sup Ct No. 142842  Admire v Auto-Owners Ins
Sup Ct No. 140401  Atkins v Suburban Mobility Authority
Sup Ct No. 142339  Cedroni Associates v Tomblin, Harburn Associates
Sup Ct No. 143329]
　　　　　143348] Hill v Sears
　　　　　143633]
Sup Ct No. 141793  Johnson v Hurley Medical Group
Sup Ct No. 142765  McCahan v Brennan

_____

     On order of the Chief Justice, the above cases, previously scheduled to be orally argued in the January, 2012 session, are adjourned and are to be placed on a later session calendar.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2011　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Clerk